## GROGG *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 120, September Term, 1964.]

*Decided May 7, 1965.*

Before PRESCOTT, C. J., and HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

The application of Lester L. Grogg for leave to appeal from the order denying him post conviction relief from life imprisonment for first degree murder is hereby denied for the reasons stated in the opinion filed by Judge Menchine in the lower court.

Apart from this, since the applicant made no effort whatsoever to comply with Rule BK46 b requiring a brief statement of the reasons why the order of the lower court should be reversed or modified, the application could have been dismissed for that reason.

*Application denied.*